IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 09-54744 |
| | ) | Chapter 13 |
| Mark James Apana | ) | |
| Gretchen Beth Apana | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | ADV NO: |
| Mark James Apana | ) | |
| Gretchen Beth Apana | | **COMPLAINT TO DETERMINE** |
| 93 Beech Ave. | ) | **THAT CLAIM OF CHARTER** |
| Northfield Village, OH 44067 | | **ONE IS AN UNSECURED CLAIM** |
| | ) | |
| Plaintiffs | ) | |
| v. | | |
| Charter One | ) | |
| I Citizens Drive | | |
| Riverside, RI 02915 | ) | |
| Defendant | ) | |

Mark James Apana and Gretchen Beth Apana, the plaintiffs herein, by and through the undersigned counsel, for their complaint against Charter One, allege as follows:

1. This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. Sec. 157(b).

2. The plaintiffs are debtors in this chapter 13 case. The defendant, Charter One, claims or may claim to hold a secured claim against the debtors by virtue of a mortgage

dated March 31, 2007 between the plaintiffs as mortgagors and Charter One as mortgagee. This mortgage is designated as reception number 55438672 in the records of the Summit County Ohio Fiscal Officer, recording division, and was filed for record on May 3, 2007. Upon information and belief, the plaintiffs state that they owe an approximate principal balance of $24,178.52 on this indebtedness.

3. The alleged mortgage owed by the plaintiffs to the defendant is a third mortgage on the plaintiffs' residential real estate located at 93 Beech Avenue, Northfield Village, Ohio.

4. Third Federal holds the first mortgage encumbering the debtors' above-mentioned real estate upon which the debtors owe an approximate principal balance of $110,121.04. Charter One holds the second mortgage encumbering the debtors' above-mentioned real estate upon which the debtors owe an approximate principal balance of $30,100.61.

5. The value of the plaintiffs' real estate, according to the appraisal of the Summit County, Ohio Fiscal Officer, attached hereto as Exhibit "A," is $118,640.00.

6. Under the reasoning of *Lane v. Western Interstate Bancorp* (*In re Lane*), 280 F.3d 663 (6th Cir. 2002), the plaintiffs' third mortgage obligation to the defendant is a wholly unsecured claim, and, as such, is subject to lien stripping.

WHEREFORE, the plaintiffs request the entry of an order declaring that their obligation owed to the defendant secured by the alleged third mortgage referred to above is a wholly unsecured claim and should be allowed and paid as a general unsecured claim in this case by the chapter 13 trustee. The plaintiffs further are entitled to a judgment

declaring that the above-referenced third mortgage is null, void and without any legal effect whatsoever.

/s/ Robert M. Whittington, Jr.
_____
Robert M. Whittington, Jr. 0007851
Attorney for the Plaintiffs, Mark James Apana and Gretchen Beth Apana
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

6



# Certificate of Title

No. 57160

Date APRIL 7TH, 19 92

MARK APANA & GRETCHEN B APANA
Owner.

Original in Book 216

Page 57160 of Land

Title Registers of Summit County, Ohio



```
                    (form 88 - Sec. 25)
                 TRANSFER CERTIFICATE OF TITLE
```

|  |  |
|---|---|
| CERTIFICATE NO.: | 57160 |
| Doc. No.: | 196174 |
| Date: | 4-7-92 |
| Time: | 1:46 PM |

Transferred From:    Steven K Keeney
                           Joyce Keeney
Former Certif. No.:  57011
Original Registration:  August 7, 1919 @ 9:00am, Book 3, Page 1283

THIS IS TO CERTIFY,

That, <u>Mark Apana & Gretchen B Apana</u>, husband and wife, aged full – full years, respectively, under no disability, who reside in the County of Summit and State of Ohio, and whose p.o. address is 93 Beach Avenue, Northfield, 44067 are the owners in fee simple, <u>unto the said Grantees, and to the survivor of them, his or her heirs and assigns</u>, of land situated in the Village of Northfield, County of Summit and State of Ohio, and known as:

Being Sublots 32 & 33 of R B Hartwig's Liberty Park Subdivision of original Northfield Township Lot 42, as shown by the recorded plat in Volume 25 of Maps, Pages 14 and 15 of Summit County Records.

Being all premises in Certificate #57011
PP #NF-238-04-003.000 & 004.000    41-00793 & 2
aka -----

The following restrictions are a part of the conditions of above sale:

1. No residence or building can be built upon said lot of less value than <u>$5000.00 for lot 32 & $3000.00 for lot 33</u>, except a garage, which must be built on rear line of said lot.

2. All buildings must be set back 20 feet from the front line.

3. No intoxicating liquors can be sold on said premises or buildings put up for such purpose.

[redacted]

Except conditions of record and taxes and assessments for the first half of 1992 and thereafter.


CERTIFICATE NO. 57160



```
4009219
Page: 3 of 6
08/17/1998 02:27P
RLC        0.00
```

Consideration $89,000.00
Tax Fee      $   356.00
XXXXXXXXXcg

Subject to the exceptions mentioned in section twenty-five of the Act of May 6, 1913, O.L. 1914, providing for the registration of land titles and subject to the lesser estates and interests, liens, charges, and incumbrance mentioned and described in the Memorials indorsed hereon or on the sheet of Memorials attached hereto.

In Witness Whereof, I have hereunto set my hand and affixed my Official Seal this <u>7th</u> day of <u>April</u>, <u>1992</u>, at <u>1:46</u> o'clock <u>PM</u>.

Entered in Registration Book <u>216</u> Page <u>57160</u>

RALPH JAMES, RECORDER OF SUMMIT COUNTY, OHIO
by: _C. Gaiter_____ Deputy

CERTIFICATE NO. 57160



```
4009219
Page: 4 of 6
08/17/1998 02:27P
RLC          0.00
JAMES B MCCARTHY  SUMMIT CO AUDITOR
```

Memorials of the Lesser Estates in and against the Lands described in Certificate of Title issued to Mark & Gretchen B Apana No. 57160

1. Doc. No. (sec. 38): 196175
2. Kind (secs. 49, 50): Mortgage filed in duplicate
3. Favor Of (secs. 80, 81, 82): Third Federal Savings & Loan Assn, Cleveland
4. Against & Terms (sec. 48): "O", $67,000.00, March 28, 1992. Pay. mo. instals. according to terms of note. Due & Pay. 30 years from the date hereof. Sales clause. Open end mortgage. See document
5. Date of Instrument: March 28, 1992
6. Registered Date: April 7, 1992 @ 1:50 PM
7. Recorded Vol. & Pg. (secs. 49, 50, 86): Filed in duplicate
   Ralph James
   Recorder
   By C. Gaiter
   Dep. Recorder
8. Assigned (secs. 51, 80):
9. Continuation (sec. 86): 32 33 Hartwigs Lib Park Sub
   Ralph James
   Recorder
   By C. Gaiter
   Dep. Recorder
10. Cancelled (sec. 52, 58, 86):

CERTIFICATE NO. 57160



```
4009219
Page: 5 of 6
06/17/1998 02:27P
JAMES B MCCARTHY    SUMMIT CO AUDITOR    RLC    0.00
```

Memorials of the Lesser Estates in and against the Lands described in Certificate of Title issued to <u>Mark & Gretchen B Apana</u> No. <u>57160</u>

1. Doc. No. (sec. 38):                    206267

2. Kind (secs. 49, 50):                   Mortgage - Filed in duplicate

3. Favor Of (secs. 80, 81, 82):           Third Federal Savings & Loan Assn of Cleveland

4. Against & Terms (sec. 48):             "O", $71,100.00, June 9, 1994. Pay mo instals according to terms of note. Due & pay 30 years from the date hereof. Sales clause. Open end mtg. See document.

5. Date of Instrument:                      June 9, 1994

6. Registered Date:                         June 14, 1994 @ 1:22 PM

7. Recorded Vol. & Pg. (secs. 49, 50, 86):           Filed in duplicate
Ralph James
Recorder
By /s/
Dep Recorder

8. Assigned (secs. 51, 80):

9. Continuation (sec. 86):              32 33 Hartwigs Lib Pk Sub
Ralph James
Recorder
By /s/
Dep Recorder

10. Cancelled (sec. 52, 58, 86):

CERTIFICATE NO. 57160

**4009219**
Page: 6 of 6
08/17/1998 02:27P
RLC 0.00
JAMES B MCCARTHY  SUMMIT CO AUDITOR

Memorials of the Lesser Estates in and against the Lands described in Certificate of Title issued to <u>Mark & Gretchen B Apana</u> No. <u>57160</u>

1. Doc. No. (sec. 38): 213762
2. Kind (secs. 49, 50): Mortgage
3. Favor Of (secs. 80, 81, 82): Third Federal Savings & Loan Association of Cleveland
4. Against & Terms (sec. 48): "0", $20,000.00, April 20, 1996. Pay. according to terms of the Credit Agreement. Sales clause. Open end mortgage. See document
5. Date of Instrument: April 20, 1996
6. Registered Date: May 1, 1996 @ 2:07 PM
7. Recorded Vol. & Pg. (secs. 49, 50, 86): Torrens Records Vol. 193, Pg. 421-425
   Ralph James
   Recorder
   By
   Dep. Recorder
8. Assigned (secs. 51, 80):
9. Continuation (sec. 86): 32, 33 Hartwig's Lib Park Sub
   Ralph James
   Recorder
   By
   Dep. Recorder
10. Cancelled (sec. 52, 58, 86):

CERTIFICATE NO. 57160

[Print] [Pay by Phone] [Pay On-Line]

Print

*John A. Donofrio*
Fiscal Officer, County of Summit
Note: This is a live file and is subject to constant change.
IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT
Summit County Auditor Division, OH - Tax Year 2008

Reference Year
OCT 09, 2009
03:15 PM

## BASIC INFORMATION FOR PARCEL 4100793

| | | | | |
|---|---|---|---|---|
| PARCEL | 4100793 | ALT_ID NF0023804003000 | NO CARDS | 1 |
| OWNER | APANA MARK & APANA GRETCHEN B | | INFO | |
| OWNER | | | ---LISTER--- | |
| DESC. | LIBERTY PK LOT 32 ALL | | 560 | 18-MAY-07 |
| DESC. | | | | |
| DESC. | | LUC 510 | R - SINGLE FAMILY DWELLING, PLATTED | |
| ADDR. | 93 BEECH AVE, NORTHFIELD 44067- | | CLS | R |
| SPEC FLAG | | | NBR | 20900001 |
| HOMESTEAD | | | | |
| DISTRICT | 41  NORTHFIELD VILL- NRD HLS CSD | | INTER-COUNTY | 77-0350 |

## LAND FOR PARCEL 4100793

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 40 | 40 | 124 | 525 | 91 | 260/260 | | | 19110 |

LOT CODE: 01 = HOUSE LOT

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 4100793

| | | | | | | |
|---|---|---|---|---|---|---|
| STYHT | 1 | HT/AC | CENTRAL | | | |
| CONST | ALUMINUM/VINYL | FUEL | GAS | | | |
| MSRY TRIM | | SYSTEM | | | | |
| TYPE | RANCH | ATTIC | NO | | | |
| YR BUILT | 1964 | FINBSMT | | | | |
| EFF YR | | REC RM | | | | |
| YRREMDLD | | FRP PREFB | | | | |
| TOT RM | 5 | FRPL OP/ST | | | | |
| BEDRM | 3 | BSMT GAR | | | | |
| FAMLYRM | | PHYSICAL | 69 | | | |
| FULL/BTH | 1 | FUNC DEP | | | | |
| HALF/BTH | 1 | FUNC RSN | | | | |
| TOT FIXTRS | 7 | ECON DEP | | | | |
| BSMT | FULL | ECON RSN | | | | |
| GFLA | 1310 | GRADE | 105 | | | |
| SFLA | 1310 | COND (CDU) | GOOD | (100%) | | |
| | | PCT CMPL | | | DWELLING VAL | 95820 |

DESCRIPTION: RANCH ALUMINUM/VINYL 1 STORY WITH 1310 SQ FT GROUND FLOOR LIVING AREA AND 1310 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1964. IT HAS 5 TOTAL ROOMS WITH 3 BEDROOMS, 1 FULL BATHROOM, 1 HALF BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AND THE OVERALL CONDITION IS GOOD. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE PLUMBING (2000),.



ADDITION CODES:
| LN | LW | 1S | 2N | 3R | AREA | %COMP | VALUE |
|---|---|---|---|---|---|---|---|
| B | 13 | | | | 432 | | 10210 |

ADDITIONS:
LINE B FIRST FLOOR FRAME GARAGE

SECONDARY:
| CODE | YR BLT | SQ FT | MODS | CD | %GOOD | %COMP | FUN UNIT | FUN/RS | ECO/RS | RCNLD |
|---|---|---|---|---|---|---|---|---|---|---|
| RS1 | 1970 | 140 | | A | 45 | | 1 | | | 990 |
| WD1 | 1996 | 360 | | A | 62 | | 1 | | | 2730 |

RS1 = SHED FRAME UTILITY
WD1 = WOOD DECK

## SUMMARY ALL CARDS FOR PARCEL 4100793

| LAND: | 19110 | BUILDING: | 99540 | TOTAL: | 118650 |
|---|---|---|---|---|---|
| ASSESSED LAND: | 6690 | ASSESSED BLDG: | 34840 | ASSESSED TOTAL: | 41530 |

## SALES INFORMATION FOR PARCEL 4100793

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 07-APR-92 | 04787 | KEENEY STEVEN K & JOYCE | 89000 | 1 | VALID | 2 |

## PERMITS

| DATE | PERMIT # | AMOUNT | DESCRIPTION | O/C |
|---|---|---|---|---|
| 23-OCT-06 | 1693 | 4000 | SIDING | C |
| 01-JAN-97 | 4100793 | | DECK | C |
| 13-JUN-96 | 2119 | 3000 | SWIMING PO | C |

[ Print ]  [ Pay by Phone ]  [ Pay On-Line ]

## 2008 SUMMARY INFORMATION FOR PARCEL 4100793

MAILING ADDRESS
APANA MARK & GRETCHEN B
93 BEECH AVE
NORTHFIELD, OH 44067

| | | | | |
|---|---|---|---|---|
| APPRAISED VALUE | 118,650 | LUC | 510 | |
| TAXABLE VALUE | 41,530 | CLASS | R | |
| BANK CODE | 02132 THIRD FEDERAL SAVINGS & LOAN | 2.5% | Y | |
| TREAS CODE | | HMSTD | N | |
| CUR YR REFUND | | CAUV | N | |
| PRI YR REFUND | | FOREST | N | |
| | | STUB | 41102072 | |
| | | CERT YEAR | N | |
| | | DELQ CONTRACT | N | |
| | | BANKRUPTCY | N | |

### Beginning Tax Duplicate

Where Do My Tax Dollars Go?   Voter Approved Levy Tax

| | First Half Charges | Second Half Charges |
|---|---|---|
| Realestate | 997.44 | 997.44 |
| Special Assessment | 0.00 | 0.00 |
| Total | 997.44 | 997.44 |
| Due Date | FEB 20, 2009 | JUL 17, 2009 |

### Total Tax Amount Due Reflects Payment & Adjustment To Date

| | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 997.44 | 997.44 |
| P & I & ADJ | 0.00 | 0.00 | 0.00 |
| PAYMENTS | 0.00 | -997.44 | -997.44 |
| AMOUNT DUE | 0.00 | 0.00 | 0.00 |
| YEARLY AMOUNT DUE: | | | 0.00 |

### 2008 TAX BILL DETAILS FOR PARCEL 4100793

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 31-DEC-08 | 1 | | DUP/ORG | 1866.36 | 1866.36 |
| 31-DEC-08 | 1 | | DUP/RED | -727.45 | -727.45 |
| 31-DEC-08 | 1 | | DUP/ADJ | 1138.91 | 1138.91 |
| 31-DEC-08 | 1 | | DUP/RLB | -113.89 | 0.00 |
| 31-DEC-08 | 2 | | DUP/RLB | 0.00 | -113.89 |
| 31-DEC-08 | 2 | | DUP/HRB | 0.00 | -27.58 |
| 31-DEC-08 | 1 | | DUP/HRB | -27.58 | 0.00 |
| 04-FEB-09 | 1 | | PAY/CHG | -997.44 | 0.00 |
| 22-JUN-09 | 2 | | PAY/CHG | 0.00 | -997.44 |

| | |
|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 0.00 |
| ADJUSTMENT: | 0.00 |
| DECEMBER INTEREST: | 0.00 |
| AUGUST INTEREST: | 0.00 |
| TOTAL | 0.00 |
| REAL ESTATE CHARGES: | 997.44   997.44 |

|  |  |  |  |  |
|---|---|---|---|---|
| SPECIAL ASSESSMENT CHARGES: |  |  | 0.00 | 0.00 |
| ADJUSTMENT: |  |  | 0.00 | 0.00 |
| TOTAL CHARGES: |  |  | 997.44 | 997.44 |
| PAYMENTS: | DATE | TYPE |  |  |
|  | 04-FEB-09 | NML | -997.44 |  |
|  | 22-JUN-09 | NML |  | -997.44 |
| TOTAL PAYMENTS: |  |  | -997.44 | -997.44 |
| FH/SH AMOUNT DUE: |  |  | 0.00 | 0.00 |

SPECIAL ASSESSMENT:
PROJECT   NAME

END          1st HALF      2nd HALF

*Click the Following Links to Navigate the Tax Years*
2009   2007   2006   2005   2004   2003   2002   2001   2000   1999   1998   1997   1996